# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EDGAR LEE GUINTHER**                                            **PLAINTIFF**
**ADC #100017**

v.                         **No: 5:19-cv-00110 BRW-PSH**

**MYESHA J. BARKER,** *et al.*                                     **DEFENDANTS**

## ORDER

I have the Proposed Findings and Partial Recommended Disposition (Doc. No. 6) submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I APPROVE IN PART and DECLINE IN PART the Proposed Findings and Partial Recommended Disposition. Accordingly,

1. Guinther's claims against defendants Washington, Barker, Ellis, Gibson, Byers, Straughn, Taylor, Curtin, Griffin, and Payne are allowed to proceed.

2. Guinther has thirty days from the date of this Order to amend his complaint to clarify his failure-to-train claim against Compton. Guinther must set forth specific facts to support a failure-to-train claim.

3. Guinther's remaining claims against defendants Rosieanna M. Smith Lee, April Dyann Gibson, Warden Straughn, and Marshall (Dale) D. Reed are dismissed without prejudice as unrelated to this lawsuit.

IT IS SO ORDERED, this 17th day of May, 2019.

                                                                           Billy Roy Wilson
                                                                           UNITED STATES DISTRICT JUDGE