# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EDGAR LEE GUINTHER**                                                               **PLAINTIFF**
**ADC #100017**

v.                 No: 5:19-cv-00110 BRW-PSH

**MYESHA J. BARKER,** *et al.*                                       **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation (Doc. No. 34) submitted by United States Magistrate Judge Patricia S. Harris, and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, Plaintiff's Motion for Temporary Restraining Order and Appointment of Counsel (Doc. No. 33) is denied without prejudice.

IT IS SO ORDERED this 26th day of August, 2019.


                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE