**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EDGAR LEE GUINTHER**                                          **PLAINTIFF**
**ADC #100017**

**v.**                 **No: 5:19-cv-00110 BRW-PSH**

**MYESHA J. BARKER,** *et al.*                               **DEFENDANTS**

<u>**ORDER**</u>

I have reviewed the Proposed Findings and Partial Recommendation (Doc. No. 69) submitted by United States Magistrate Judge Patricia S. Harris, and the timely objections. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, the ADC Defendants' motion for summary judgment (Doc. No. 41) is GRANTED. Guinther's claims against the ADC Defendants are dismissed without prejudice due to Guinther's failure to exhaust available administrative remedies. Guinther's claim against Barker remains.

IT IS SO ORDERED this 24th day of August, 2020.

                                                    <u>Billy Roy Wilson</u>
                                                    UNITED STATES DISTRICT JUDGE