IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDGAR LEE GUINTHER                                                                PLAINTIFF
ADC #100017

v.                            No: 5:19-cv-00110 BRW-PSH

MYESHA J. BARKER, *et al.*                                                     DEFENDANTS

## ORDER

Plaintiff Edgar Lee Guinther's motion for clarification (Doc. No. 113) is granted. The Court's text entry Order dated April 20, 2021 (Doc. No. 109) extended both the discovery and dispositive motion deadlines for an additional 60 days. The prior discovery deadline of April 30, 2021, and dispositive motion deadline of May 14, 2021, were set by a text entry order dated March 23, 2021 (Doc. No. 106). Adding sixty days to these deadlines, the discovery deadline is now June 29, 2021, and the dispositive motion deadline is now July 13, 2021. The Court stated it would grant no further extensions because this case is over two years old, and several extensions have previously been granted. *See* Doc. Nos. 103 & 106.

It is so ordered this 12th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE