# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EDGAR LEE GUINTHER**                                                                                  **PLAINTIFF**
**ADC #100017**

v.                                       No: 5:19-cv-00110 BRW-PSH

**MYESHA J. BARKER**                                                                                    **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, Guinther's motion for summary judgment (Doc. No. 115) and motion to deem facts admitted (Doc. No. 119) are denied.

IT IS SO ORDERED this 18th day of November, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE