IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDGAR LEE GUINTHER**
**ADC #100017**                                                                                          **PLAINTIFF**

v.                              No. 5:19-cv-110-DPM

**MYESHA J. BARKER, Corporal, Varner
Unit**                                                                                                     **DEFENDANT**

## ORDER

This case was dismissed with prejudice in 2023. The Court retained jurisdiction to enforce the parties' settlement agreement. *Doc. 158*. It was recently reassigned to my docket after Guinther filed two *pro se* motions.

The Court directs Efrem Neely to respond to the motion to recover costs, *Doc. 163*. If the response contains attorney-client privileged information, Neely may file it *ex parte* and under seal. Response due by 1 May 2025.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2025