IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDGAR LEE GUINTHER                                                PLAINTIFF
ADC #100017

v.                           No. 5:19-cv-110-DPM

MYESHA J. BARKER, Corporal, Varner
Unit                                                              DEFENDANT

ORDER

The parties participated in a settlement conference before a Magistrate Judge in 2023. They reached an agreement, which was read into the record. *Doc. 155.* Guinther and Efrem Neely, his appointed lawyer, disagree over the terms of the settlement. Guinther says the Court awarded him $500 plus $1,500 in costs. *Doc. 163 at 1*; *Doc. 159 at 1.* Neely says the settlement was for $500 only. *Doc. 167 at 1.* There's no dispute that Guinther received the $500. *Doc. 163 at 1.*

The settlement conference was recorded using the FTR Gold audio-recording system. Everyone would benefit from having a transcript of the portion of the hearing capturing the terms of the settlement. The Court will therefore direct that a partial transcript of the hearing be prepared and filed.

Guinther's motion for copies, *Doc. 166*, is granted. The Court directs the Clerk to send him a copy of the docket sheet.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2025

-2-