IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDGAR LEE GUINTHER
ADC #100017                                                                                  PLAINTIFF

v.                              No. 5:19-cv-110-DPM

MYESHA J. BARKER, Corporal, Varner
Unit                                                                                         DEFENDANT

## ORDER

The Court has received the partial transcript of the hearing memorializing the parties' settlement. *Doc. 169*. The Court directs the Clerk to send a copy of it to Guinther. The agreement was for $500. Barker did not agree to pay additional costs. Guinther received the $500. *Doc. 163 at 1*.

Guinther's motion to recover costs, *Doc. 163*, is denied. His motion to relieve appointed counsel, *Doc. 162*, is denied, too. This case is closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2025